IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDMOND R. JESSE, and<br>KATHLEEN M. JESSE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SHARON J. JESSE, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:12CV305<br><br><br>**MEMORANDUM<br>AND ORDER** |

　　　　This matter is before the court on its own motion. On September 7, 2012, the court entered a Memorandum and Order provisionally filing this matter but requiring Plaintiffs to either file a motion for leave to proceed in forma pauperis or pay the $350.00 filing fee no later than October 5, 2012. (Filing No. 4.) The court warned Plaintiffs that failure to comply with its Memorandum and Order would result in dismissal of this matter without further notice. (*Id*.) Neither Plaintiff has paid the $350.00 filing fee or submitted a motion for leave to proceed in forma pauperis.

　　　　IT IS THEREFORE ORDERED that:

　　　　1.　　This matter is dismissed without prejudice for failure to pay the court's filing fee and for failure to comply with a court order.

　　　　2.　　A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 10th day of October, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.